

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00452-CV, 04-14-00568-CV & 04-14-00597-CV

Mark **HART** and Angelica Hart, Julian Calderas, Jr. and Erica Calderas, and
Thomas H. Veitch and Anne Veitch,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014-CI-04333, 2014-CI-04330 & 2014-CI-04337
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are REVERSED, and the cause is REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against the parties who incurred them.

SIGNED December 10, 2014.

Catherine Stone, Chief Justice